UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIE JAMES CRAWFORD,

    Plaintiff,

    vs.        No. 05-1371

BRICE STANFIELD, et al.

    Defendants.

## ORDER OF DISMISSAL

On January 19, 2006, the court entered a Scheduling Order in this case which informed the plaintiff that he must "immediately notify the court of any change in his mailing address and telephone number." (Jan. 19, 2006 Order, p. 3). The plaintiff was further admonished that failure to provide this information would "result in dismissal of this lawsuit, with prejudice." *Id.*

On October 16, 2006, the defendants filed a motion for summary judgement. [d/e 27]. The court sent notice of the dispositive motion to the plaintiff's last know address. [d/e 28]. The notice was returned to the clerk of the court. [d/e 29]. The court attempted to resend the notice to the plaintiff and this notice was also returned to the clerk of the court marked "Return to Sender- Not Here." [d/e 30] The plaintiff has failed to provide a forwarding address and the court has no way to contact the plaintiff. His case is therefore dismissed.

**IT IS THEREFORE ORDERED that:**

**1) The clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence.   *See* Fed. R. Civ. P. 41(b).**

**2) Any pending motions are dismissed as moot. [d/e 27, motion for summary judgement]**

**3) The plaintiff is responsible for ensuring the $250.00 filing fee is paid to the clerk of the court.  Release from incarceration does not relieve the plaintiff of the obligation to pay the filing fee in full.**

Enter this 15th day of November, 2006.

                **s/Harold A. Baker**

                HAROLD BAKER
                UNITED STATES DISTRICT JUDGE